UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

HENNION & WALSH, INC.  :  Civil Action: 08-4262 (JAG)

        Plaintiff,  :  ORDER OF DISMISSAL

v.  :  Closed

ASTON ASSET MANAGEMENT, et al. :

        Defendants,  :

It appearing that it has been reported to the Court that the above-captioned action has been settled;

It is on the 27th of MAY, 2009

ORDERED that this action is hereby dismissed as to all claims against all parties without costs and without prejudice with the right, upon good cause shown within sixty (60) days, to reopen the action if the settlement is not consummated. The terms of the settlement agreement are incorporated herein by reference and the Court shall retain jurisdiction over the settlement agreement to enforce its terms.

                                      S/Joseph A. Greenaway, Jr.
                                      JOSEPH A. GREENAWAY, JR. U.S.D.J.